| | |
|---|---|
| IN THE LAKE CIRCUIT COURT | CASE NO. 45C01-1603-PL-26 |

| | |
|---|---|
| JEAN POULARD<br>Plaintiff/Petitioner<br><br>VS.<br><br>THE TRUSTEES OF IN UNIVERSITY ETAL<br>Defendant/Respondent | ) CERTIFICATE OF TRANSFER<br>) TRANSCRIPT OF COSTS AND<br>) RECEIPT OF COSTS<br>)<br>) -FILED-<br>)<br>) MAY 31 2016<br>) At_____M<br>ROBERT N. TRGOVICH, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

## CERTIFICATION OF TRANSFER

I hereby certify that the enclosed is a full, true and complete transcript of the entries made in the above captioned case, and I further certify that all costs due and owing are listed below.

## TRANSCRIPT OF COSTS

| | |
|---|---|
| Original Filing Fee Paid By: EDWARD HEARN | $ 221.00 |
| Change of Venue Fee Paid By: WAIVED | $WAIVED |
| Cost Due and           WAIVED | $ .00 |

Dated: 5-25-16

_____
Clerk of Lake Circuit/Superior Court

## RECEIPT OF TRANSFER

I hereby certify that I have received the transcript in the above captioned case from LAKE County which has been transferred by change of venue and is assigned case number __2:16-CV-115_____, in fee book _____ page _____.

Dated:_____                    _____
                                      Clerk of _____

# UNITED STATES OF AMERICA



# STATE OF INDIANA, COUNTY OF LAKE, SS:

I, the undersigned, Clerk of the Lake CIRCUIT Court of Lake County, and the keeper of the records and files thereof, in the State aforesaid, do hereby certify that the above and foregoing is a full, true correct and complete copy of all proceedings had and entered of record in

# CASE NUMBER: 45C011603-PL-26
ENTITLED:

| JEAN POULARD |
| VS |
| THE TRUSTEES OF IN UNIVERSITY |
| GIANLUCA DIMUZIO |
| IDA GILLIS |
| MARK MCPHAIL |
| WILLIAM J. LOWE |

| TRANSFERRED TO: U S DISTRICT COURT 2:16-CV-115 |

as the same appears of record in my office as such Clerk.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at my office in Crown Point, Indiana in the said County, this 25TH DAY OF MAY 2016

MICHAEL A. BROWN
Clerk of the Lake CIRCUIT Court

By: _____
Deputy

| Case Number | Status | Judge |
|---|---|---|
| 45C01-1603-PL-00026 | Closed | PARAS, GEORGE C |

| In The Matter Of | | | Action |
|---|---|---|---|
| POULARD, JEAN vs. THE TRUSTEES OF INDIANA UNIVERSITY et al | | | Declaratory Judgment - CP - $176 + Sheriff Service Fee $25 |
| **Party** | | **Attorneys** | |
| POULARD, JEAN | PLT | HEARN, EDWARD W<br>11051 Broadway<br>Suite B<br>CROWN POINT, IN 46307 | |
| THE TRUSTEES OF INDIANA UNIVERSITY<br>c/o Office of The President<br>Indiana University Bryan Hall 200<br>107 S. Indiana Ave<br>BLOOMINGTON, IN 47405 | DEF | Terrell, Michael C<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | |
| DI Muzio, Gianluca<br>c/o Department of History,<br>Philosophy, Political<br>Science and Religious Studies IU<br>Northwest<br>3400 Broadway Hawthorn Hall, Room 206<br>GARY, IN 46408 | DEF | Terrell, Michael C<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | |
| Gillis, Ida<br>c/o Office of Affirmative Action<br>and Employment<br>Practices IU Northwest<br>Broadway 3400 Raintree Hall, Room 213<br>GARY, IN 46408 | DEF | Terrell, Michael C<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | |
| McPhail, Mark<br>c/o Office of the Chancellor<br>IU Northwest 3400 Broadway<br>Library, Room 107<br>GARY, IN 46408 | DEF | Terrell, Michael C<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | |
| Lowe, William J<br>c/o Office of the Chancellor<br>IU Northwest 3400 Broadway<br>Library, Room 107<br>GARY, IN 46408 | DEF | Terrell, Michael C<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | |

| Opened | Disposed | Case Type |
|---|---|---|
| 03/15/2016 | Transferred Out | Plenary - C01 |

Comments:    TRANSFERED TO:  2:16-CV-115 U S DISTRICT COURT

| No. | Date of<br>Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees<br>Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 05/25/16 | Alert issued.<br>Special Judge Case TO U S DISTRICT COURT 2:16-CV-115<br>For: DI Muzio, Gianluca | 0.00 | 0.00 |

45C01-1603-PL-00026    POULARD, JEAN vs. THE TRUSTEES OF INDIANA UNIVERSITY et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 2 | 05/25/16 | Transferred Out To # 2:16-CV-115 U S DISTRICT COURT | 0.00 | 0.00 |
| 3 | 05/04/16 | Unsuccessful - Unable to forward<br>    Method     : Certified Mail - Non Print for Track No. Only<br>    Issued     : 03/23/2016<br>    Service    : Sum & Compl.  Issued<br>    Served     :<br>    Return     : 04/22/2016<br>    On         : THE TRUSTEES OF INDIANA UNIVERSITY<br>    Signed By  :<br><br>    Reason     : Unsuccessful - Unable to forward<br>    Comment    :<br><br>    Tracking # : C000232376 | 0.00 | 0.00 |
| 4 | 04/08/16 | Mail  Received 04-07-16, Filed in clerks office on 04-06-16, Defendants' Notice of Filing Notice of Removal and Exhibits filed | 0.00 | 0.00 |
| 5 | 04/06/16 | Attorney Terrell, Michael C representing Civil Defendant DI Muzio, Gianluca as of 04/06/2016 | 0.00 | 0.00 |
| 6 | 04/06/16 | Attorney Terrell, Michael C representing Civil Defendant Gillis, Ida as of 04/06/2016 | 0.00 | 0.00 |
| 7 | 04/06/16 | Attorney Terrell, Michael C representing Civil Defendant McPhail, Mark as of 04/06/2016 | 0.00 | 0.00 |
| 8 | 04/06/16 | Attorney Terrell, Michael C representing Civil Defendant Lowe, William J as of 04/06/2016 | 0.00 | 0.00 |
| 9 | 04/06/16 | Attorney Terrell, Michael C representing Civil Defendant THE TRUSTEES OF INDIANA UNIVERSITY as of 04/06/2016 | 0.00 | 0.00 |

Date: 05/25/2016  12:26:12.8             Docket Sheet                        Page: 3
CRTR5925                                   Detail

45C01-1603-PL-00026    POULARD, JEAN vs. THE TRUSTEES OF INDIANA UNIVERSITY et al

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 10 | 03/30/16 | Copy left at address.  Copy mailed.<br>Method     : Service by Sheriff<br>Issued     : 03/23/2016<br>Service    : Sum & Compl.  Issued<br>Served     : 03/29/2016<br>Return     : 03/30/2016<br>On         : McPhail, Mark<br>Signed By  :<br><br>Reason     : Copy left at address.<br>Copy Mailed.<br>Comment    :<br><br>Tracking # : S000996703 | 0.00 | 0.00 |
| 11 | 03/30/16 | Copy left at address.  Copy mailed.<br>Method     : Service by Sheriff<br>Issued     : 03/23/2016<br>Service    : Sum & Compl.  Issued<br>Served     : 03/29/2016<br>Return     : 03/30/2016<br>On         : Lowe, William J<br>Signed By  :<br><br>Reason     : Copy left at address.<br>Copy Mailed.<br>Comment    :<br><br>Tracking # : S000996704 | 0.00 | 0.00 |
| 12 | 03/30/16 | Copy left at address.  Copy mailed.<br>Method     : Service by Sheriff<br>Issued     : 03/23/2016<br>Service    : Sum & Compl.  Issued<br>Served     : 03/29/2016<br>Return     : 03/30/2016<br>On         : Gillis, Ida<br>Signed By  :<br><br>Reason     : Copy left at address.<br>Copy Mailed.<br>Comment    :<br><br>Tracking # : S000996702 | 0.00 | 0.00 |
| 13 | 03/30/16 | Copy left at address.  Copy mailed.<br>Method     : Service by Sheriff<br>Issued     : 03/23/2016<br>Service    : Sum & Compl.  Issued<br>Served     : 03/29/2016<br>Return     : 03/30/2016<br>On         : DI Muzio, Gianluca<br>Signed By  :<br><br>Reason     : Copy left at address.<br>Copy Mailed.<br>Comment    :<br><br>Tracking # : S000996701 | 0.00 | 0.00 |

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 14 | 03/23/16 | Issue Date:<br>Service: Sum & Compl. Issued<br>Method: Certified Mail - Non Print for Track No. Only<br>Cost Per: $0.00<br><br>THE TRUSTEES OF INDIANA UNIVERSITY<br>c/o Office of The President<br>Indiana University Bryan Hall 200<br>107 S. Indiana Ave<br>BLOOMINGTON, IN  47405<br>Tracking No: C000232376 | 0.00 | 0.00 |
| 15 | 03/23/16 | Sum & Compl. Issued | 0.00 | 0.00 |
| 16 | 03/23/16 | Sum & Compl. Issued | 0.00 | 0.00 |
| 17 | 03/23/16 | Issue Date: 03/23/2016<br>Service: Sum & Compl. Issued<br>Method: Service by Sheriff<br>Cost Per: $0.00<br><br>DI Muzio, Gianluca<br>c/o Department of History, Philosophy, Political<br>Science and Religious Studies IU Northwest<br>3400 Broadway Hawthorn Hall, Room 206<br>GARY, IN  46408<br>Tracking No: S000996701<br><br>Gillis, Ida<br>c/o Office of Affirmative Action and Employment<br>Practices IU Northwest<br>Broadway 3400 Raintree Hall, Room 213<br>GARY, IN  46408<br>Tracking No: S000996702<br><br>McPhail, Mark<br>c/o Office of the Chancellor<br>IU Northwest 3400 Broadway<br>Library, Room 107<br>GARY, IN  46408<br>Tracking No: S000996703<br><br>Lowe, William J<br>c/o Office of the Chancellor | 0.00 | 0.00 |

45C01-1603-PL-00026    POULARD, JEAN vs. THE TRUSTEES OF INDIANA UNIVERSITY et al

                IU Northwest 3400 Broadway
                Library, Room 107
                GARY, IN   46408
                Tracking No: S000996704

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 18 | 03/23/16 | Sum & Compl. Issued | 0.00 | 0.00 |
| 19 | 03/15/16 | Civil Service Fee (Extra Defendant)<br>Receipt: 407855   Date: 03/15/2016<br>Filed in the Clerks Office on 3-9-16. | 40.00 | 0.00 |
| 20 | 03/15/16 | Circuit State/County Fees - 1 Def. $56<br>*   Receipt: 407855   Date: 03/15/2016 | 56.00 | 0.00 |
| 21 | 03/15/16 | CP Civil Sheriff Service Fee $25 *<br>Receipt: 407855   Date: 03/15/2016 | 25.00 | 0.00 |
| 22 | 03/15/16 | Declaratory Judgment filed.<br>Attorney: HEARN, EDWARD W (18691-64)<br>Receipt: 407855   Date: 03/15/2016 | 100.00 | 0.00 |

|   |   | Totals By:   Cost | 221.00 | 0.00 |
|---|---|---|---|---|
|   |   | Information | 0.00 | 0.00 |

                        *** End of Report ***