September 30, 2015

From:         Ida L. Gillis
             Director
             Affirmative Action and Employment Practices (AFAC/EP)
             Title IX Deputy Coordinator

To:           Mark McPhail
             Executive Vice Chancellor Academic Affairs (EVCAA)
             Academic Affairs
             IU Northwest

Re:          Allegations against Dr. Jean Poulard, Professor of Political Science, for inappropriate remarks and behavior of a sexual, sexist and racist nature.

## Summary of Complaint

Dr. Gianluca Di Muzio, Associate Professor of Philosophy and Chair, Department of History, Philosophy, Political Science and Religious Studies, outlined in writing to the Director of AFAC/EP concerns about the behavior of Dr. Jean Poulard, a professor of political science and member of his department (Attachment 1). Dr. Di Muzio shared comments by an anonymous student course evaluation from Dr. Poulard's POLS-Y 362 Spring 2015 course and concerns of Dr. Poulard's behavior based on his observations.

In summary, the course evaluation alleged the following:

    -Dr. Poulard frequently voiced his racist and sexist views even though his course consisted of women and minority students.
    -Dr. Poulard is also obscenely flirtatious with his female students, often saying perverted things.
    -Dr. Poulard is the worst professor that I've ever experienced....I will religiously avoid any other classes by this instructor.

Dr. Di Muzio related the following incidents that he witnessed:

    - At the Honors Tea hosted by the College of Arts & Sciences on April 15, 2015, Dr. Di Muzio witnessed Dr. Poulard greet a female student by kissing her hand in what seemed to be an overly affectionate way.

1



IU001522

-At the IU Northwest Graduation ceremony, on May 14, 2015, Dr. Di Muzio witnessed Dr. Poulard leave his seat in the area reserved for faculty, traverse the distance to the stage, meet a female student who was coming off the stage with her diploma, photograph her, take her hands, and kiss her on both cheeks. A few minutes later he repeated the same action with another female graduate. He returned to his seat and stated: "That girl cleaned my teeth, she did a wonderful job". Dr. Di Muzio gathered from Dr. Pollard's comments that his acquaintance with this student was limited to a dental cleaning and found his actions unsettling and related Dr. Poulard's actions toward the graduating student to the subject POLS-Y 362 course evaluation about Dr. Poulard's flirtatious behavior.

## Information /Sources Utilized

Review of the POYS-Y 362, International Politics, Latin America, course registration disclosed eleven initial students of which the status reflected three not enrolled; one withdrawal; one incomplete and one "f" grade (not enrolled); one dropped -1/12/2015. The remaining seven students received grades ranging from C+ to A-. Of the remaining seven students, two completed a course evaluation. The comments reported by Dr. Di Muzio were reflected in the Student 2 comments section of the evaluation.

Six students (referred to as student 1, 2, 3, 4, 5, and 6), four female students and two male students, who completed the subject course, were interviewed from July 8 to July 18, 2015 by the AFAC/EP Director. Student 6 was interviewed by the AFAC/EP Director and Dr. Di Muzio.

Incident to the investigation, it was learned that Mrs. Pamela Lowe, current Graduate Student at IU Northwest, Associate to the Chancellor (non-paid position as spouse of Chancellor), had experienced some unwelcome physical touching by Dr. Poulard. Mrs. Lowe was interviewed regarding her interactions with Dr. Poulard.

The subject allegations were discussed with the immediate past EVCAA David Malik, who provided information regarding his conversation in 2009 with Dr. Poulard regarding his "hand kissing" of females (Attachment 2).

Dr. Poulard's annual Chair's evaluations from 2010 to 2014 were reviewed (Attachment 3).

Requests were made for Dr. Poulard to meet with the AFAC/EP Director regarding the allegations, however, to date after repeated requests via email and official correspondence he has not made an appointment to meet with the AFAC Director (Attachments 4, 5 and 6).

## Summary of Interviews

At the beginning of each interview, the role and responsibilities of the AFAC/EP Director, Title IX Deputy Coordinator was explained to each interviewee along with the reason for the interview. It should be noted that all of these students passed the subject course, four received a B+; one received a B and one received a C+.

2

### Student 1

Advised that she has had numerous courses and advisory interactions with Dr. Poulard over a three year period. She has never personally been offended by Dr. Poulard. He is highly opinionated, very conservative and she is very liberal. He has strong opinions but allows others to squash his opinions. He does say some things against women; he is old school, male chauvinist but he is never disrespectful. He has commented that women are beautiful. He hugs female students and no students have expressed concern to her; they treat him like he is their grandfather, they roll their eyes and joke around. When she and Dr. Poulard greet each other they hug and kiss on the cheek and he greets her sister in the same way; their families know each other. When he speaks about the African-American people he comments that they could work harder.

She saw this coming because he has expressed to her that other students have complained about his behavior (he is French) but he is aware of the American Culture. She has noticed students drop out of his courses because they get offended although some find him endearing, they know how he is and that it is ok to rebuff his opinions. He is her most favorite professor; she has learned a lot from him due to his stories and life experiences that he shares. He does not retaliate but he is a hard grader; she has not gotten an A in any of his classes yet. He gives good feedback on written papers even when contrary to his view; she got an A on one such paper.

### Student 2

Stated that she knew immediately what this was about. She never felt uncomfortable with Dr. Poulard. He would make jokes like saying, "if you fail come to my office and you get 20 lashes." He made a couple of comments that he likes blonds and she was the only blond in the class; he said it to everyone in front of the class. She could see how someone could be offended by him. He is a touch racist but conservative and makes comments about how the Democrats are always wrong and he always bashes the President. He would say to the black woman in the class "you should know" he was always saying stuff to her about race." Student 2 stated that Dr. Poulard is like her grandpa "a conservative old white man". Dr. Poulard would make comments that women would not be allowed to vote and he made a joke out of it. She did not take offense because she was used to it. He never said anything awfully racist just rude. She had no physical contact with him. She is an economics major and thus does not have to have him again and will not take him again for another class. He is a hard grader, he rambles for about an hour at the beginning of class then thinks he told you something that he did not and then it is on the test. She was told that if she sucks up to him he will give you a better grade so she stopped arguing with him.

### Student 3

Stated Dr. Poulard complemented females stating: "you're a beautiful girl," but nothing he considered over the line. Dr. Poulard was open to dialogue, friendly debates. He is politically right wing, but not racist. Dr. Poulard is strict, not a bad professor, he helped him (Student 3) a lot with his term paper; he (Dr. Poulard) worked with him to make it better.

IU001524

### Student 4

Has taken various classes with Dr. Poulard. Has never been personally offended by his comments. Has not had any physical contact with Dr. Poulard except he kissed her on the hand. Her culture accepts a kiss on the cheek and/or hand during greetings, so she accepted this as French culture as well. Dr. Poulard has never made an inappropriate comment toward her. She has witnessed some people get offended and they tell him to his face and he does not say it again. In her opinion he does not like Muslims. Before class started last Spring he commented in reference to Muslim female students asking why they do that; why do they wear those clothes he did not understand why the girls had to wear those clothes, referencing their Muslim attire. She (Student 4) told him that his comments were not right and he responded that he did not say anything and ok that is your opinion. He then stopped the conversation. She sees him as a stubborn old man who says what he wants to say. She was raised to respect her elders. He has said things in front of the class that were embarrassing to students. A student told him this and his response was that he was doing it so they could do better, regarding embarrassing students in front of the class. In a previous class he told a student that she should be a mechanic; she was offended. She was not getting the grades she thought she should. Other students told him also that they did not want their papers read out loud in class; he continued to do it and did it in the Latin American Poly 362 class as well. But he did not read her papers out loud.

He is a hard grader but he helps students if you want it, he works with students to help them improve. He makes students work hard for grades. He lets students state their opinions but he will not agree with them and state ok "that is your opinion". Student 4 felt she could state her opinions in class. His personality is that of a stubborn old man.

### Student 5

Stated Dr. Poulard made sexist jokes, for example he said: "What is the difference between before and after women got the right to vote? Nothing, no difference because they did not matter." The class did not laugh except maybe one girl and maybe one other. Student 5 indicated there were a couple of times she felt Dr. Poulard inappropriately touched her. One occasion was in the Hawthorne Hall computer area when she was working on a project for his class., POLS-Y 362 Spring 2015. She saw him and asked him to check her work, he caressed her arm as he overlooked her work and she eased away. On another occasion, in the same location a month later, she was working on the same project and he came up to her and said: "last week you looked really sexy in the green outfit" and he rubbed the small part of her back. She played and laughed it off and he left. Both incidents occurred before class. She was not aware of any witnesses but she did tell her sister.

After they were done with the final for the subject course upon leaving the class he kissed another student on each cheek whom he was friendly with, then asked her (student 5) "can I give you a kiss and she responded no and he said why, she let me, referring to the other female student, and she (Student 5) responded "no" and left the area.

In class he would make comments like "Oh I have the prettiest students."

4

Student 5 stated she felt uncomfortable in being the only black in the class because he made what she feels were racist remarks. The first day of class Dr. Poulard stated that Michael Brown would be alive if he got his butt out of the street. Dr. Poulard also made comments that author "Michelle Alexander's coming to campus was 'poppycock' that it is a fact Black People commit the most crime." Student 5 stated she asked him how he knew that and he said "because I do." He stated that Obama ruined it for black people because he was incompetent and he messed it up for any other black person to be president. Student 5 asked what about a white president that was incompetent and he responded that they were incompetent when we did not need a good president. After this exchange she started recording the class.

Dr. Poulard would rant during the beginning of class and so she started going late to avoid his rants.

On another occasion she stated he said that black people were destroying Chicago and his solution was to have a weekly hanging. She believes she may have recordings of his stating this. She does not believe he knew she was recording him.

She received feedback from him regarding class assignments before they were due and he was responsive and gave good counsel. She recalled another time when one of the white male students challenged him on his Obama statement and Dr. Poulard responded by asking the guy "who's side are you on...there are sides and you are on the wrong side."

When Dr. Poulard was challenged about if certain comments were relevant to the class he responded that Politics is everything. Student 5 indicated that she would not take him for another class if she had a choice. She was the only black in the class and the other students either agreed with him or were neutral.

### Student 6

Student 6 was interviewed in the presence of Dr. Di Muzio. He stated that Dr. Poulard is very conservative with right-wing views. He referred to the girls in the class as "the pretty girls." Dr. Di Muzio asked in what context Dr. Poulard used the expression "pretty girls" and why the expression would even come up in a course in International Politics. The student could not recall the context in which Dr. Poulard had used the expression. When the campus had Muslim Awareness Day Dr. Poulard stated they (Muslims) should conform to our country, why should we bend over backwards to them. Student 6 felt had Muslim students been in the class they would have felt uneasy. Also recall Dr. Poulard commenting about Chicago and African Americans and crime regarding black on black crimes, gangs and drugs. He recalled Dr. Poulard stating to address Chicago gang crime that he would have a "weekly hanging." Student 6 recalled Dr. Poulard stated in class that in Ferguson he (Brown) should not have been in the street. Dr. Poulard stated that punks have lost all respect for authority and family values.

Dr. Poulard discussed, in the beginning of the semester, the terrorist incident in France that killed his good friend Cabu. At the beginning of class, Dr. Poulard would bring up current events. Dr. Poulard would get on tangents at which time he (Student 6) just tuned him out. Regarding any comments about women, he recalled him stating that if you vote one way and your wife votes another way then it cancels the vote out.

5

Student 6 never witnessed Dr. Poulard touch any students. He shook his hand after the mid-term and final.

Student 6 felt like an outsider and worked hard to get good grades. There were a couple of students that seemed to know Dr. Poulard that had him in previous classes.

### Associate to the Chancellor, IU Northwest Student

Mrs. Lowe advised that as a graduate student on campus and being the Chancellor's wife she tries to function under the radar and does not do anything or behave in a way that draws attention to her, especially around students. She reported that while walking to class, she has encountered Dr. Poulard on campus numerous times when he has taken her hand and kissed it and or attempted to kiss it when it was not offered for a handshake. She has responded to his actions by telling him that she is on campus as a graduate student, that as a student she doesn't want attention drawn to her around students and for him to not do that (meaning kissing her hand while speaking French). However, he has continued the behavior particularly at public events while others are around. She further stated that she has never invited him to take her hand and kiss it and she has only offered her hand at public events for a polite handshake; Mrs. Lowe reports that Dr. Poulard has demonstrated that a handshake invitation by her is an open invitation for him to kiss her hand, which it is not.

While at an IU Northwest public event (IU Board of Trustees meeting) on June 18, 2015, Dr. Poulard reached to grab Mrs. Lowe hand to kiss it while speaking in French. At which time, the Chancellor, Dr. William Lowe, intervened and pushed Dr. Poulard's hand away and stated to him "do not grab and kiss her hand she does not want you to do that."

### Other Information

Dr. Poulard's Annual Chair's Evaluation Reports were reviewed for the years 2010-2014 (Attachment 3). The 2010 report under Teaching reflects student comments very similar to those stated in this report. However, it is noted that subsequent Evaluation Reports, 2011-2014 for Teaching do not reflect student comments in any detail and are very positive about Dr. Poulard's teaching.

Excerpt from Chair's 2010 Evaluation:

In 2010, Jean taught courses ranging from POLS-Y 103 (the entry-level political science course) to advanced classes in international politics and modern political thought. His course evaluations identify various strengths in his teaching. His students describe him as competent, rigorous, and passionate. They state their gratitude for the knowledge he imparted to them and remark on his systematic approach and sense of humor. Jean is an experienced teacher, and it is obvious that he has an enormous amount to offer to his students.

On the other hand, several student comments highlight areas for improvement. Some students find it off-putting that Jean labels some of their answers or class contributions as "wrong," in a way they perceive as too aggressive and uncharitable. One student reported finding some of Jean's comments in

6

the classroom inappropriate. The student wrote: "*He has made comments that are very inappropriate including calling students dumb, ridiculous and telling our class how allowing women to vote was the biggest mistake this country made next to electing Obama. His comment about people who speak Spanish instead of English was also uncalled for. This class is a political science class, this is not a class just for him to express his own opinions. His comments about people's sexualities should not be expressed. I took great offense when he stated how wrong and disgusting it is to be gay and how terrible and messed up a child with same sex parents is going to be in the head.*" Other student comments express a wish that Jean would display greater objectivity, encouraging the expression of opinions different from his own.

Student comments must always be placed in context and must be taken with a grain of salt. However, it is undeniable that Jean receives negative feedback from student to a greater extent than any other member of the department. The negative comments do not all appear to be the work of the typical disgruntled students who lash out at the teacher when the course turns out to be more demanding than they had expected. Instead, some of the comments reflect a well-balanced, genuinely concerned attitude, for example the following: "*The instructor seemed to focus the course on his opinions regarding certain issues. I feel that he tried to impose his right wing political views on the class during discussions. I feel that he has a right to his own opinion; however, I know for certain that he has offended many students during class discussions. I feel that this should be taken into account in the future and adjustments should be made.*"

It is comments like this that suggest that Jean should take the opportunity to make changes and adjustments to some aspects of his teaching. It seems clear that some students are concerned about his objectivity and tolerance of diversity. Even if the comments were untrue, Jean should try and determine why students perceive him in a certain way. Many negative comments come from the evaluations for Y103, a course that can do a tremendous job of attracting students towards a major in Political Science, but can also create a negative aura around the Political Science program if the instructor does not come across as valuing all students and encouraging diverse opinions and unbiased critical thinking. To have a steady supply of new Political Science majors and grow the Political Science program to the size it deserves to achieve, it is especially important that students at the 100-level enjoy a positive experience in all Political Science classes.

### Findings/Conclusions/Recommendations

Since Dr. Poulard would not meet with the AFAC/EP Director, his response to the allegations were not available for review. Therefore, after considering all the available information, it is the opinion of the Director of Affirmative Action and Employment Practices as the Deputy Title IX Coordinator that the preponderance of evidence (more likely than not) supports that Dr. Poulard has exhibited behavior that is inappropriate for the educational environment. Hugs are not inherently welcome. Greeting females with kissing on the hands and/or cheeks is not inherently welcome. It is recommended that action should be taken to ensure this behavior by Dr. Poulard is immediately stopped.

It appears that Dr. Poulard's hugs and kissing behavior has been generally observed and known by numerous employees. Other than the conversation noted in this report that the former EVCAA had with Dr. Poulard in 2009, and the 2010 Annual Report from the Department Chair's evaluation for Dr. Poulard regarding his comments in the classroom, there is no indication he has been directly advised by supervisors that his behavior is unacceptable and

7

directed to discontinue the hugs, hand and cheek kissing.

Of a more serious concern is the statement provided by student 5 and confirmed by student 6 that Dr. Poulard made a comment regarding the crime in Chicago by blacks and gangs that he would address by "having a weekly hanging."

The history of lynching of black Americans in the United States are racist deprivation of life and no one should refer to hanging blacks as a modern day solution to gang violence. Those types of comments in the classroom are inappropriate and contributes to a hostile environment for students, particularly African-American students and interferes with their ability to fully participate in their educational program.

Other comments reported by students that Dr. Poulard expressed about why Muslims dress in their culture attire is inappropriate when a student interprets such comments to mean he does not like Muslims. His numerous comments about "pretty or beautiful girls" in his class can be interpreted as flirtatious and have no place in the classroom.

It is recommended that Dr. Poulard receive cultural sensitivity and diversity training, be advised to stop making inappropriate comments in his classes and that his classes be monitored to ensure compliance.

Dr. Poulard's refusal to meet with the Director, AFAC/EP, Title IX Deputy Coordinator is in direct conflict with the University Sexual Misconduct Policy (UA-03), effective 03-01-2015, which states the following: "All members of the University are required to cooperate fully with the investigative process. Failure to do so may result in disciplinary measures pursuant to applicable University policy and procedure."

Attachments:

1. Memorandum from Dr. Di Muzio, dated June 1, 2015
2. Email message from Dr. David Malik, dated July 15, 2015
3. Annual Evaluations, 2010-2012
4. Memo to file, dated July 14, 2015
5. Memorandum to Dr. Jean Poulard, dated July 21, 2015
6. Emails, various dates, between Ida Gillis and Dr. Jean Poulard

## Gillis, Ida Loretta

| | |
|---|---|
| From: | Malik, David J. |
| Sent: | Wednesday, July 15, 2015 4:28 PM |
| To: | Gillis, Ida Loretta |
| Subject: | Re: Dr. Poulard |
| Importance: | High |

Hi Ida,

Sorry to delay in responding to your request for information, but my to-do list is growing more rapidly than I seem to be able to exhaust it.

When I first arrived at IU Northwest in 2009, I had an occasion to discuss the idea of "hand kissing" as a cultural practice. I told Jean Poulard at the time that it was an unacceptable practice and advised him to discontinue doing it. I believe he suggested at the time that it was a long standing cultural tradition in France. I indicated he was not in France and that, in the U.S., people do not uniformly accept the practice as an innocuous cultural artifact and many people might consider it an intrusion.

I do not believe he responded in a way to convince me that he would accept my analysis or that he would stop doing it. But he has continued the kissing in spite of advice to stop from me and the dean. I observed this behavior at the COAS honors tea.

The Dean has informed me that his attempts to suppress inappropriate behavior may not have led to a responsive effort to improve.

In more recent conversations, at least one faculty member complained directly to me about the practice when he had observed Jean kissing the hand of his wife. This faculty member was not happy and felt that it was an intrusion. I have not discussed this incident with Jean, but did inform Dean Hoyert that he had repeated the practice in a way that led to dissatisfaction with this faculty member. I again indicated to the dean that I had told Jean years before that this was not acceptable.

I think the problem continues and he is not responsive to any entreaties to cease the conduct. I think the lack of formal student complaints has made formal action very difficult.

David

---

David J. Malik
Executive Vice Chancellor for Academic Affairs


INDIANA UNIVERSITY NORTHWEST

3400 Broadway
Gary, IN 46408
dmalik@iun.edu • 219-980-6966

1