

# INDIANA UNIVERSITY NORTHWEST

OFFICE OF AFFIRMATIVE ACTION AND
EMPLOYMENT PRACTICES

January 8, 2016

Supplemental Report

From: Ida L Gillis
Director
Affirmative Action and Employment Practices (AFAC/EP)
Title IX Deputy Coordinator

To: Dr. Mark McPhail
Executive Vice Chancellor Academic Affairs (EVCAA)
Indiana University Northwest

Re: Allegations against Dr. Jean Poulard, Professor of Political Science, for inappropriate remarks and behavior of a sexual, sexist and racist manner.

### Background

This is a supplemental report to the September 30, 2015 report regarding the above stated subject matter. Dr. Jean Poulard was interviewed on January 6, 2016 in the presence of his advisor, Mr. Edward Hearn, and Sara Ronald (Sally), Indiana University Title IX Investigator. At the beginning of the interview, the responsibilities of the AFAC/EP Director was explained along with the purpose of the interview. Specifically, Dr. Poulard was advised that the purpose of the interview was to give him the opportunity to respond to the allegations and provide other information that would be relevant to the investigation. The role of the advisor in accordance with University Policy was also reviewed. Reference was made to the allegations list (attachment 1) that IU Legal Counsel had provided to Dr. Poulard's advisor, Mr. Hearn.

### Summary of Interview of Dr. Poulard

Dr. Poulard stated that he did not make any statement that women should not vote in the POLS-Y 362 Spring 2015 course, International Politics, Latin America, but that he has said something like this in his Y103 class, American Politics, as a joke and made it clear that it was a joke. Dr. Poulard stated he never made the following statements/or comments in the subject class:
- African Americans could work harder
- Attire of Muslim women
- Comments about Muslims should conform to our country and why should we bend over backwards to them. Dr. Poulard said that if he made such comments, he made them about France, not the United States.

PLAINTIFF'S EXHIBIT 3  3-21-17

IU001564

- Blacks commit the most crime. Dr. Poulard denies the statement as alleged, and insists that he was discussing crime in Chicago only. He further stated that had he made the statement it would have been correct based on the statistics.
- He would solve the violence in Chicago by having a weekly hanging. Dr. Poulard says that this comment would have been made years ago, and he would not have used the word hanging, he would have instead said the word guillotine because he is French. He insists that this statement would not have come up in Y362 because the class concerned US foreign policy toward Latin America.
- Regarding a response in class to a student (white male) who challenged a negative comment Dr. Poulard made about President Obama, Dr. Poulard stated he does not recall saying any such thing. He stated that if President Obama's policies come up, he expresses his views and students can express theirs and they can agree to disagree.
- Comments on female students' appearance. Dr. Poulard asked for specific comments that he was alleged to have said. The following comments were provided: "women are beautiful"; "I have the prettiest students"; "pretty girls" and his liking blondes. He was reminded that only one female student in the class was blond. Dr. Poulard asked, "What's wrong with that?" He insists that such statements were a joke and that he would have said he likes blonds, brunettes and redheads. He shared that his wife is a blond.
- He never told a student she looked "sexy" nor rubbed her back and these allegations are absolutely untrue.
- Dr. Poulard also stated that Dean Hoyert "shrugged it off" when the student evaluations from the subject class were shown to him.

In response to a question about whether he has ever received written feedback regarding statements in class of a racist or sexist nature:
- Dr. Poulard stated that in 32 years of teaching, there have been negative comments but the vast majority were positive.
- Dr. Poulard says that in the 1980s his SPEA supervisor, Dr. Rutledge, handled an allegation regarding an ethnic slur and it was all addressed then. He has the file related to this incident.

In response to the section of Gianluca's 2010 Chair Report regarding student comments:
- Dr. Poulard says that this is totally stupid and false.
- Dr. Poulard believes that Gianluca emphasizes the negative.
- Dr. Poulard then alleged that a colleague (later identified as Anja Matwijkiw) told him that Gianluca said to her that she should report Dr. Poulard for sexual harassment after he witnessed Dr. Poulard and Dr. Matwijkiw hugging.
- Dr. Poulard presented his email from 2010 contesting Gianluca's evaluation. Dr. Poulard stated that Gianluca edited student comments. Dr. Poulard believes that Gianluca has not liked him since the exchange regarding the 2010 student evaluations.

Verbatim typed versions of Dr. Poulard's spring and fall 2010 student course evaluations were retrieved and are attached (#3 and #4).

Dr. Poulard stated that he does not kiss students' hands "that often." Dr. Poulard stated that he will do this unless the student is not interested. "I'm not going to pull somebody's hand toward my mouth."

2

IU001565

Dr. Poulard stated that he does kiss the cheeks of Professor Briggs, who is a man, but only because he is a French history expert and therefore familiar with the custom. He does not kiss the cheeks of other men.

In response to questions regarding the COAS Honors Tea, April 15, 2015:
- When asked if he recalled kissing a student's hand, Dr. Poulard stated that he doesn't recall this incident specifically but, "What's wrong with that?"
- When asked how he knew that he had the student's permission and he responded, "Oh, come on."
- Dr. Poulard stated that when he hands out awards at this event, he has always kissed hands.
- When asked Dr. Poulard if he had permission for any of those instances, he responded, "I don't know. The point is, since when is the kissing of the hand of a lady some sort of sexual gesture? It is a sign of respect."
- Dr. Poulard also stated, "No one told me not to do that."

In response to questions regarding the May 14, 2015 IUN Commencement:
- Dr. Poulard stated that he did not go up to the stage.
- Dr. Poulard stated that he did get up and take pictures with two dental hygiene students who he had dealt with.
- Dr. Poulard stated that there was no time to kiss these students, he only took pictures and went back to his seat.
- Dr. Poulard stated that one of the students had cleaned his teeth ("I spent three and half hours three times with her")
- Dr. Poulard stated, "Even if I did kiss them, so what?"
- Dr. Poulard stated that the other young lady was a friend of the hygienist who had treated him. He would run into them in the cafeteria and talk.

In response to a question as to whether former EVCAA David Malik had ever told him that hand kissing was unacceptable:
- Dr. Poulard stated that this never happened.

In response to a question as to whether Chancellor Lowe had ever told Dr. Poulard not to kiss hands:
- Dr. Poulard says that Chancellor Lowe has never informed him that this is inappropriate. Dr. Poulard without being asked volunteered the following information about interaction with Pamela Lowe:
- Dr. Poulard stated that as the Trustees meeting was breaking up, he heard Chancellor Lowe behind him say, "Don't kiss her hand!" Dr. Poulard stated that he then responded, "Why?" Dr. Poulard stated that Chancellor Lowe said, "Because I said so."
- Dr. Poulard stated that he has kissed Pamela Lowe's hand in the past and she had never asked him not to.
- Dr. Poulard stated that Pamela Lowe was "flabbergasted" by what her husband had done, and at a reception after the meeting, she told me not to worry about it.

Regarding Pamela Lowe, Dr. Poulard stated that he has kissed her hand in front of the Chancellor before and they smiled. He believes that they understood that this was a show of respect and had no sexual connotation. He added that he has greeted President McRobbie's wife in the same way and they smiled.

3

Dr. Poulard denied all allegations as they were presented. He stated that in regards to the comments about women or minorities that he teaches political science so these sorts of topics come up and that some students may misinterpret what he says.

Dr. Poulard stated that he had a difficult time answering questions because of a lack of specifics, but that maybe he had done better than he expected he would do.

At the conclusion of the interview regarding the allegations, Dr. Poulard addressed each individual name on a list of persons to be interviewed that he had previously provided to the Director AFAC/EP. Dr. Poulard only provided two student names that may have relevant information to the allegations and information disclosed, both of whom had already been interviewed.

### Findings /Conclusions/Recommendations

Dr. Poulard denied many of the allegations and information disclosed during the investigation as set forth in attachment 1 and as summarized above. Dr. Poulard admitted to kissing women's (students and colleagues) hands and cheeks, providing the rationale that it is an expression of respect specifically for women and a part of the French culture. While he indicated he does not greet women with the kissing if they specifically request him not to, there is no indication by his answers that he requests permission to greet women with kissing prior to doing so. Dr. Poulard stated that one colleague had requested him not to greet her with kissing and he complied.

Dr. Poulard's comments during the course of the interview disclosed that he does not see anything inappropriate with kissing women's hands and cheeks uninvited. He denied that any administrator has ever advised him that his kissing practice was inappropriate and to discontinue it. Dr. Poulard stated that if he made comments about womens' appearance, i.e., the blonde comment, in the classroom that there is nothing wrong with doing so.

Dr. Poulard also denied making various statements to students or in the subject classroom that were reported in interviews with the students. It is not credible that these students misrepresented their recollection of Dr. Poulard's comments. Many of these students complimented Dr. Poulard's teaching and had received good grades from him and assistance with class assignments. They had no motivation to misrepresent his comments and behavior.

It is recommended that, at a minimum, Dr. Poulard be advised in writing and very explicitly that he is to cease kissing the hands and cheeks of female students and colleagues, to cease commenting on the appearance of female students and to refrain from making comments in the classroom that are demeaning to women and minorities. It is also recommended that Dr. Poulard receive very detailed, in-person training covering sexual harassment and cultural diversity that focuses on teaching techniques involving race and gender topics.

An after-training assessment should be performed to ensure he understands and agrees to not exhibit unacceptable behaviors. It is further recommended that his classrooms and behaviors are periodically monitored to ensure his compliance.

IU001567

Attachments:

1. List of allegations provided to Mr. Hearn on January 5, 2016.
2. Email communications sent to Mr. Hearn regarding allegations.
3. Verbatim typed versions of Dr. Poulard's spring 2010 student course evaluations.
4. Verbatim typed versions of Dr. Poulard's fall 2010 student course evaluations.

IU001568

## Gillis, Ida Loretta

| | |
|---|---|
| From: | Drew, Kiply S |
| Sent: | Tuesday, January 05, 2016 2:35 PM |
| To: | 'Edward W. Hearn' |
| Cc: | 'Ava L. Caffarini' |
| Subject: | RE: interview times |
| Attachments: | Factual Bases for Claims against Dr. Poulard.DOCX |

Please note that Dr. Poulard has been deleted as a cc to this email.

The factual bases for the allegations against Dr. Poulard are set forth in the attached document.

The Interview will be in Raintree 231 in Ms. Gillis's conference room. Have you confirmed Dr. Poulard's availability at 1:00 CST?

--Kip

Allegations arising from course evaluation Dr. Poulard's POLYS-Y 362 Spring 2015 course, International Politics, Latin America, and resulting investigation:

1. Dr. Poulard expressed racist and sexist views in a class that was predominantly female and minority students (1 African American Female, 1 White Female, 1 Asian Female, 1 Hispanic Female, and 3 White Males). Specific examples given from POLYS-Y 362 Spring 2015 student interviews:

    a. Women should not be allowed to vote

    b. Dr. Poulard told the following joke in class: "What is the difference between before and after women got the right to vote? Nothing, no difference because they did not matter."

    c. African Americans could work harder

    d. Response in class to a student (white male) who challenged a negative comment Dr. Poulard made about President Obama: "whose side are you on...there are sides and you are on the wrong side."

    e. Comments about the attire Muslim women wear

    f. Comments on his female students' appearance

    g. Statement that it is a fact that black people commit the most crime

    h. Statement that the violence in Chicago could be addressed by having weekly hangings

2. Dr. Poulard spoke and acted inappropriately toward the female students in the class.

    a. Every student interviewed stated that Dr. Poulard comments on the appearance of his female students.

    b. Three of the four female students reported that he had kissed, hugged, or touched them.

    c. Dr. Poulard told one female student that she "looked sexy"; on another occasion, Dr. Poulard rubbed this student's back

Allegations of inappropriate/unwelcome touching:

1. Incidents enumerated in 2 b. and c. above.

2. At a formal IUN event, Dr. Poulard left his table to approach three female students as they left the podium and kissed their hands and cheeks; including one student that Dr. Poulard's comments to the table indicated that he did not know well.

3. One student reported that Dr. Poulard has, on numerous occasions, has taken her hands—which were not extended to him—and kissed them. This student told Dr. Poulard explicitly that she does not want him to do this, but he persisted.

   Dr. Poulard has taken and kissed this student's hands formal IUN events even after she told him it was unwelcome.

   During one of these episodes, the student's husband intervened, pushing Dr. Poulard's hands away from the student's hands and stating that his wife does not want Dr. Poulard to kiss her.

IU001571

**From:** Drew, Kiply S
**Sent:** Wednesday, January 06, 2016 11:01 AM
**To:** hearne@jbltd.com; caffarinia@jbltd.com
**Subject:** additional info

Please note that Dr. Poulard is not copied on this email.

I have some additional information to assist Dr. Poulard in preparation for his interview today.

Under the category of inappropriate/unwelcome touching, there were three incidents at two separate events. (When I was doing the summary yesterday, I thought they all happened at the same event.)

The first was at the COAS Honors Tea on April 15, 2015, and involved one student.

The others were at the IUN Graduation Ceremony on May 14, 2015, and involved two students.

## Gillis, Ida Loretta

| | |
|---|---|
| From: | Drew, Kiply S |
| Sent: | Wednesday, January 06, 2016 12:04 PM |
| To: | hearne@jbltd.com; caffarinia@jbltd.com |
| Cc: | Gillis, Ida Loretta; Ronald, Sara Grace |
| Subject: | Identity of one complainant |

In response to your request for additional specificity, I have obtained permission from one of the student complainants to reveal her identity to you in advance of the interview.

The student referenced in the document I sent yesterday in the section on Allegations of Inappropriate/unwelcome touching, #3 is graduate student, Pamela Lowe.

PROFESSOR   JEAN POULARD
Y103 / 2214    10:00a - 11:15a    TR
INTRO TO AMERICAN POLITICS
SPRING 2010    39 STUDENTS

## PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.

He is a good professor, he really cares about his students and tries to push them to do their best.

Dr. Poulard is very upfront and challenging. If your wrong he'll let you know and that's important even if he makes you look stupid. Very challenging

I like know he told us his opinion and bluntly told us if we were wrong, but he shouldn't attack other opinions that are opposite of his own.

- Very interested in teaching the material, I had an enjoyable experience with Dr. Poulard

No comment

N/A

He taught a lot of valuable information in a way that made us learn it effectively.

On a certain level the instructor gave some valuable feedback, but most of the time, it was difficult catching up to his lecture because he was very unorganized.

Instructor seem well educated in course, and gave interesting facts which were unknown to me.

He made you laugh @ current events and tried to keep things on lighter side.

Good professor really knows what he is talking about. Presents ideas clearly and helps to understand subject content. Makes me really consider taking major in Political Science.

The lectures were a valuable part of the learning experience.

He used an old-school teaching style which made me pa attention. Read the book, and take as many notes as possible. He also kept very high expectations of his students, which made me work harder

Explaining things in detail

He (Dr. Poulard) has a passion for his work & all who take his course work fair & better insight into the political arena. Although not an easy course students fair a world of knowledge if they pay attential

The instructor is very objective, and precise. He has explained everything we learned in detail.

## PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.

Grading is a bit rough, he grades this class like an upper level class when its only entry. He is also a bit opinionated.

Need to do something other than just standing there and talking. Gets boring after a-while.
More non-subjective tests or quizzes such as multiple choice where the answer is either right or wrong. Those were difficult to study for and were graded harshly.

- Focus on staying on topic.

He is a good teacher but he could use more teaching aids and communicate using oncourse more, for the students. Students do need more clarification and this is a good way of doing that.

Going off during lectures

Too intimidating!

The teacher needs to be more organized in his lecture style, and be a lot more specific and what he is asking for.

May need to follow the book a little more.

Try not to use your own prejudices so much

Might be a little less political in his comments and present other opinions in a better light.

Dr. Poulard could keep his very conservative viewpoints to a minimum. Dr. Poulard could learn to be more respectful of women.

He used an old-school teaching style which made me pa attention. Read the book, and take as many notes as possible. He also kept very high expectations of his students, which made me work harder.

He compared this U.S. Political system a lot with France's. He also sometimes goes off on tangents which are relative to the course but distracting.

Wayyy too opinionated.

Dr. Poulard speaks with conviefied & is truly instrumental in the student! IUN should be honored to have such an astute man teaching here!

Please use the reverse side for additional comments or to clarify any of your comments.

Typed verbatim by V. Milenkovski 5/6/10

IU001575

PROFESSOR     JEAN POULARD
Y372 / 25801    2:30p - 3:45p    TR
ANALYSIS of INTL. POLITICS
SPRING 2010    18 STUDENTS

## PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.

Instructor is very knowledgable in the course material, and respects arguments and opinions as long as they are well-prepared.

Dr. Poulard is extremely knowledgable about the subject matter and very enthusiastic.

The professor teaches is a nice systemic pattern, making it easier to take good notes.

He is uniquely insightful. Does not have the usual characteristics of a professor who was born in America.

Dr. Poulard is very smart and has had experiences that contribute to the class in a meaningful way. The assigned reading material was appropriate and educational.

• Humor • Love for himself

Dr. Poulard is thorough, smart, and has high expectations of his students.

Extremely knowledgeable of the topic. Gives a very good and clear explaination of the material discussed in class.

Knowledge of History presented by instructor was extremely valuable.

## PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.

I feel Dr. Poulard should make his notes onto a powerpoint for students can make sure they get all of the notes. At the beginning it was difficult to understand him, but I got used to him.

Dr. Poulard fails to recognize what students do well on and focuses on the negative. Even though I am a graduate student with a masters. I was made to feel I should still be in high school.

Sometimes the systemic approach becomes too repetitive which sometimes leads to less of concentration

• Make lectures more interesting – powerpoints would help. • Dr. Poulard incorporates too much of his own political views during lecture. At times he makes comments that are offensive to other political views and / or cultures.

• Geography quizzes are too abgurdly difficult for anyone good.

N/A

Not much to work on at all. Maybe slow down for efficient note taking but that is not that bad either.

Needs to improve upon teaching methods in terms of letting students know what they will be tested on.

Typed verbatim by V. Milenkovski 5/6/10

IU001576

PROFESSOR    JEAN POULARD
Y382 / 27730    4:00p - 5:15p    TR
MODERN POLITICAL THOUGHT
SPRING 2010    21 STUDENTS

**PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.**

N/A

He was enthusiastic and always asked if we properly understood the material. He was never impatient or moved to quickly.

The instructor truly cared about the students and their success in class. He goes out of his way to insure students understand the course material.

Well thought out, logical notes, allows class discussion, is always knowledgeable, a great professor.

Very smart, can be reasoned / argued with, personable.

N/A

His smarts

He knew a great deal about the material and presented it in an enjoyable way.

He explained things very clearly, and he allowed for a great deal of participation. We were able to exchange ideas and analyze.

Awesome Teacher.

**PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.**

This course from the get-go was fascinating.

Never change!

I do enjoy the classes with at long term papers more.

N/A

More field trips!

None

The Best! The Best!

Typed verbatim by V. Milenkovski 5/7/10

IU001577

PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.

The instructor ability to communicate the information is very useful.

Dr. Poulard elevated the level of academic performance I expected from myself. He kept his notes clear and consice and tested directly from them.

Notes provided well

I actually have more interest in US History/Government since taking Dr. Poulard's class. He is an extremely charismatic and interesting lecturer. He strives for excellence in his students and I don't think some of them are used to that.

Very critical on essay writing for quizzes! Could be a little more objective in teaching style.

This course has not taught me anything other than to never ask a professor questions, or to ever give feed back because he always tells you you are wrong.

I will "never" take any of Dr. Poulard classes again.
None I've been at IUN now for almost 4yrs and I have never had such an aggravating professor.

Very critical on quizzes & tests!

Essay type quizzes and exams encourage thorough understanding of material covered. Very good lecturing and thorough knowledge of subject matter.

He is funny and friendly. This understands politics very well and is passionate about the subject. This word load on a week to week basis is manageable.

Most value is, I learned more than ever about government. Mr. Poulard was very hard. To teach a 100 level course, he was to the extreme. He is a good teacher but he should teach at 300 or 400 level.

The most valuable have actually been the beginning month, the last month and the book report itself. I really felt I learned something and that was great. As for the course in the middle, the topics discussed did not interest me that much.

This course demands that you read a lot of material which is good. Keeps you brain active w/constant knowledge.

Dr. Poulard expects you to know the material he presents to you! I learned more in his class than any other Political Science course I have taken.

The most important characteristic was his ability to teach, I found all of his lectures informational and learned something every class.

The instructor is very knowledgable about the subject.

You get sense that Dr. Poulard truly know what he discusses with us. He has great knowledge of everything he teaches and has never hesitated to help any student who did not understand what he was speaking of.

**PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.**

Explaining what material to study for exams.

Speaking more respectfully to the students as a whole. Avoiding words like "stupid" and "ridiculous."

Not being so brash, and opinionated – Needs to teach both sides of topics, not just what he thinks is right. – Would be nice if he taught the course as an entry level class, not a 400 level course. – Not lashing out at students for saying the wrong answer to a question asked in class. To which the questions asked were ones that he had a one-way answer to, or the rebuttle was, how he would yell "WRONG!".

I did feel that this class was a little more difficult than others I have taken because Dr. Poulard likes essay questions. But, in all fairness, it is to the students advantage to study a little harder.

Ease up on Strictness and Tone of class.

I feel like my tuition was wasted on this class. He should not be teaching a 100 level course since he teaches it like a graduate level course. He has made comments that are very inappropriate including calling students dumb, ridiculous and telling our class how allowing women to vote was the biggest mistake this country made next to electing Obama. His comments about people who speak Spanish instead of English was also uncalled for. This class is a political science class, this is not a class just for him to express his own opinions. His comments about peoples sexualities should not be expressed. I took great offense when he stated how wrong and disgusting it is ti be gay and how terrible and messed up a child with same sex parents is going to be in the head. I feel he targets not only women in this class, but also African-Americans. I would never take another one of his classed ever. I have also expressed how outrageous and terrible this class was/is to other fellow students and class mates. Instead of only teaching a class on Poulards opinion he should teach it correctly and state facts. Nobody wants to feel forced into agreeing with a professor, but Poulard gives you an "F" if you don't agree with him. This is by far hands down the worst class and Professor ever taken and dealt with here at IUN.

This is a 100 level course Dr. Poulard expects 300 level work. He needs to improve his grading system it's not fair.

The way Mr. Poulard grades is unexceptable. His standards are ridiculously high.

He has many aspects he needs to improve on. I don't know where to begin. He needs to be more clear when assigning a pop quiz. The way he words information or will go over a whole chapter and ask one question not even relevant to what we just discussed. He's all over the place. Someone needs to tell this guy it is a level 100 class INTRODUCTION!!! Not a law school class that consist of writing paragraph after paragraph.

Calm down on your strict code of conduct!

IU001579

Objectivity Political views are encroaching on the objective presentation of material. Possion about issues can go to far sometimes. Ego. I am right and you are wrong. Don't give a student a "D" for a well supported essay just because you have a different opinion especially when the essay question asks for the students opinion.

This level is to low for him because the way he teaches this class this isn't an 100 level class. It taught like 300 or master program.

His material does not seem to fit with some subjects in the course. It seems like it is off topic and his own agenda, which is much different from general studies in American politics.

He was just hard. For students that are majoring in government would need his style of teaching. Students that need this for a credit do not need his extreme teaching.

I would have loved fro information to be posted online. By at least posting are grades and percentages, it would have helped me to know where I stand instead of where I think I stand.

Create better testing scheme. Relate the test & quizzes more to the book.

The instructor expressed his personal opinions many times during the course and was not open to hearing others opinions. If the instructor is going to express his opinion, then the opinion of other students should be accepted in the class also. There were many times, almost every class period, where the professor asked a question that confused most of the class and called on people to respond. I will never forget his yelling "wrong" to every answer that was not correct in his opinion. Clarify the questions being asked, so students casn understand how to correctly answer them also this is a political science course, not an English course if all the quizzes & test are essay, there will be mistakes in grammar when we have such a limited time.

For me, nothing. For others who might be defensive, possibly a self restriction on voicing his opinion that might upset a student.

Please use the reverse side for additional comments or to clarify any of your comments.

The University need more teachers of the 100 level

Typed verbatim by V. Milenkovski 02/04/2011

**PROFESSOR        JEAN POULARD**

Y360 / 29168  2:30p - 3:45p  TR
U. S. FOREIGN POLITICS
FALL 2010  20 STUDENTS

## PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.

Very knowledgable about everything relative to the course.

His knowledge and opinions were essential for class discussion.

Dr. Poulard is very knowledgeable

He had a great deal of knowledge toward the course.

Instructor knowledge

Dr. Poulard Cares about students. He allows students to ask questions and gives quality feedback.

Dr. Poulard knew his stuff. The stories he told in class in regards to his personal experience were great. Does seem to care about students but only to a point.

## PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.

Try to correlate readings with lectures more. I was often confused as to how lectures related to readings, which we were held accountable for knowing both.

Use more visual objects for lecture such as powerpoint.

Staying on topic

Lectures can be dry – add powerpoint?

The instructor seemed to focus the course on his opinions regarding certain issues. I feel that he tried to impose his right wing political views on the class during discussions. I feel that he has a right to his own opinion, however, I know for certain that he has offended many students during class discussions. I feel that this should be taken into account in the future and adjustments should be made.

Study guides needed

Possibly, giving students hints, or a general direction, of the content covered by assessments.

Material for average student is dry & the presentation was also at times dry. I'm not asking for a 3 ring circus, but something other than 1 hour & 15 minutes of Dr. Poulard talking

**Please use the reverse side for additional comments or to clarify any of your comments.**

**Typed verbatim by V. Milenkovski 02/04/2011**

PROFESSOR    JEAN POULARD
Y103 / 24872    5:30p - 6:45p    TR
INTRO TO AMERICAN POLITICS
FALL 2010    21 STUDENTS

## PLEASE INDICATE THE IMPORTANT CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH HAVE BEEN MOST VALUABLE TO YOUR LEARNING EXPERIENCE.

Class room free speaking style

Dr. Poulard made it his business that each of his students were aware of what was being taught in class. The most valuable part of this course was the accurate information that I received in reference to Political Science.

The instructor was very informative and knowledgeable on his area of expertise. He made class interesting by providing anecdotes and picking our minds and encouraged us to think

He is very knowledgeable, but with a sense of humor. His contrasting views points from my own and eagerness to discuss made the class time very interesting.

Everything important is discussed in class, you must take notes. The book only serves as a tool

---

Very interactive and explains material thoroughly.

Good lectures, interesting, personable character

Open discussion, honesty, humor, inspiration minded

## PLEASE INDICATE THE CHARACTERISTICS OF THIS INSTRUCTOR/COURSE WHICH YOU FEEL ARE MOST IMPORTANT FOR HIM/HER TO WORK ON IMPROVING.

Explaining things in a way were we know whats required on exams. Slowing down teaching.

There are no characteristics that I would like to indicate at this time, in regards to areas where Dr. Poulard should improve.

- More concise grading for quizzes -- Other opportunities to earn points besides quizzes

N/A

I felt that quizzes should be made up of both essays and multiple choice. Some people have trouble putting context into words on paper. They also have different writing styles, so grades shouldn't be based on writing alone.

IU001582

To have more quizzes offer instead of having a quiz over three chapters Its hard to study for a quiz when your only given **one** question..

Not anything in particular

Reaching out to students and explaining wrong answer made clearly – vague & opinionated, note always based on factual data

Nothing he does a great job

Typed verbatim by V. Milenkovski 02/04/2011

PROFESSOR     JEAN POULARD

IU001583